UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EMMETT AVITT, | No.  2:24-cv-1783 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without an attorney with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On September 3, 2024, respondent filed a motion to dismiss the petition.  ECF No. 14.  Since then, plaintiff has sought, and the court has granted, two extensions of time to file an opposition.  See ECF Nos. 15, 17-19.  On granting the second request for extension of time, the court stated "No further extensions of time will be granted" and "failure to file an opposition within the time provided by this order may be deemed as a waiver of any opposition to the granting of the motion."  ECF No. 19 at 2 (citing L.R. 230(l)).  The deadline to file an opposition has now passed, and petitioner has not opposed the motion.  Petitioner will be given one final opportunity to file and serve an opposition or statement of non-opposition.

Accordingly, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss.  **Failure to comply with this order will result in a**

1

**recommendation that this action be dismissed without prejudice for failure to prosecute, without further warning, pursuant to Federal Rule of Civil Procedure 41(b).**

DATED: February 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE